United States District Court
Northern District of Alabama
Southern Division

Omari Elliot,
    Petitioner,

v.

United States of America,
    Respondent.

Case No. 2:20-cv-8025

Honorable L. Scott Coogler

### PETITIONER'S RESPONSE TO JULY 22, 2020 SHOW CAUSE ORDER

The Petitioner responds respectfully to the Court's July 22, 2020 show cause as follows:

The petition relies entirely on the legislative history of 18 U.S.C. § 924(c) set forth, and used, by the Supreme Court in United States v. Davis, 139 S. Ct. 2319 (2019) to make its primary legal conclusions therein. Davis announced a substantive rule made retroactive in this circuit by In re: Hammoud, 931 F.3d 1032 (11th Cir. 2019). Davis was decided June 24, 2019, and petitioner mailed his petition June 23, 2020. See, Houston v. Lack, 487 U.S. 266, 276 (1988); and the attached Affidavit.

Wherefore petitioner prays this Honorable Court discharge the show cause order and order a briefing schedule on the merits.

Respectfully Submitted,

Date: July 28, 2020   x

Omari Elliot

County of Lee

ss.

Commonwealth of Virginia

AFFIDAVIT

I, Omari Elliot, am the Affiant. Under the penalty of perjury, I declare that on June 23, 2020 I deposited the § 2255 (petitioner's petition in case no. 2:20-cv-8025) into the U.S. Mail at USP Lee.

Your Affiant Further Sayeth Naught,

Date: July 28, 2020   x _____

Omari Elliot

KNOXVILLE TN 377
29 JUL 2020 PM 3 L

35203-203759